**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 26 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JUVENCIO ANGON-PAZ, | No. 13-73178 |
| Petitioner, | Agency No. A075-118-827 |
| v. | |
| WILLIAM P. BARR, Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Argued and Submitted August 9, 2019
San Francisco, California

Before: HAWKINS, McKEOWN, and BENNETT, Circuit Judges.

Juvencio Angon-Paz, a native and citizen of Mexico, petitions for review of

the Board of Immigration Appeals' order dismissing his appeal from an immigration

judge's order of removal and denial of his motion to suppress. We have jurisdiction

under 8 U.S.C. § 1252 and deny the petition.

Even assuming the events at Angon-Paz's home violated his Fourth

Amendment rights and implicate "fruit of the poisonous tree" analysis, the agency

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

did not err in concluding that Angon-Paz's subsequent admission of his alienage at the post office was voluntary and sufficiently attenuated from the events at his home to purge the taint of any prior illegality. *See Brown v. Illinois*, 422 U.S. 590, 603–04 (1975).

**PETITION DENIED.**